UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOT 74, LLC, </br></br>Plaintiff, </br></br>v. </br></br>FERIDOON SHAHDADIAN, et al. </br></br>Defendant. | Case No. 1:09-CV-01476-ESH |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants hereto, by and through undersigned counsel, hereby submit this Stipulation of Dismissal with prejudice as to all claims raised in this action, each party to bear their own costs and attorneys' fees.

Dated: April 19, 2010

Respectfully submitted,

/s/

Leo G. Rydzewski (Bar # 459979)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
leo.rydzewski@hklaw.com
*Counsel for Plaintiff*

Michael Edward Brand (Bar #202085)
Loewinger & Brand, PLLC
471 H Street, NW
Washington, DC 20001-2617
*Counsel for Defendant Feridoon Shahdadian*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOT 74, LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FERIDOON SHAHDADIAN, et al.<br><br>　　　　Defendant. | Case No. 1:09-CV-01476-ESH |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants hereto, by and through undersigned counsel, hereby submit this Stipulation of Dismissal with prejudice as to all claims raised in this action, each party to bear their own costs and attorneys' fees.

Dated: April __, 2010                              Respectfully submitted,

_____
Leo G. Rydzewski (Bar # 459979)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW, Ste. 100
Washington, DC 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
leo.rydzewski@hklaw.com
*Counsel for Plaintiff*

_____
Michael Edward Brand
Loewinger & Brand, PLLC
471 H Street, NW
Washington, DC 20001-2617
*Counsel for Defendant Feridoon Shahdadian*

_____
Laurance J. Ochs  #42622
1748 N Street, NW
Washington, DC  20036
*Counsel for Intervenor Final Jahanbin*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following via transmission of Notices of Electronic Filing generated by CM-ECF on this 5th day of May, 2010:

Michael Edward Brand
Loewinger & Brand, PLLC
471 H Street, NW
Washington, DC 20001-2617
*Counsel for Defendant Feridoon Shahdadian*

Laurance J. Ochs
1748 N Street, NW
Washington, DC 20036
*Counsel for Intervenor Final Jahanbin*


                                                /s/ Leo G. Rydzewski
                                                Leo G. Rydzewski

# 9336315_v1